UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EVELINA CALCANO, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

              Plaintiffs,

      v.

PICNIC TIME, INC.,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:21-cv-7404

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), EVELINA CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, PICNIC TIME, INC., with prejudice and without fees and costs.

Dated: New York, New York
       November 8, 2021

                                                **GOTTLIEB & ASSOCIATES**

                                                /s/Michael A. LaBollita, Esq.

                                         Michael A. LaBollita, Esq., (ML-9985)
                                                 150 East 18th Street, Suite PHR
                                                             New York, NY 10003
                                                                Phone: (212) 228-9795
                                                                    Fax: (212) 982-6284
                                                               Michael@Gottlieb.legal

                                                              *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge